IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESUS MANUEL BELTRAN,<br>    Plaintiff,<br>    v.<br>DENNIS VOUGHT, Warden, Somerset County Prison,<br>    Defendant | :<br>:<br>:  Case No. 3:22-cv-42-KAP<br>:<br>:<br>: |
| JESUS MANUEL BELTRAN,<br>    Plaintiff,<br>    v.<br>DENNIS VOUGHT, Warden, Somerset County Prison, BRIAN PELESKY, Deputy Warden, and BRIAN DAIL, Corrections Officer,<br>    Defendant | :<br>:<br>:  Case No. 3:22-cv-166-KAP<br>:<br>:<br>:<br>: |

Memorandum Order

Plaintiff, formerly an inmate at the Somerset County Prison and now an inmate at the Blair County Prison, has submitted two civil complaints, the first at Case No. 3:22-cv-42-KAP on or about April 11, 2022, and the second at Case No. 3:22-cv-166-KAP on or about September 26, 2022. Both were administratively closed because they were submitted without the filing fee ($402) or a motion to proceed *in forma pauperis* that includes a certified copy of the plaintiff's inmate account statement for the past six months as required by the Prison Litigation Reform Act.

Plaintiff filed an adequate *ifp* motion in Case No. 3:22-cv-42-KAP, and the case was reopened. In May, I advised plaintiff that he needed to file an amended complaint explaining why defendant Vought (who is not mentioned in plaintiff's statement of facts) is liable to plaintiff. Plaintiff has not responded. If he wants to continue with that case, he should file an amended complaint. If not, he should move to withdraw his complaint.

Plaintiff has not yet filed an adequate *ifp* motion in Case No. 3:22-cv-166-KAP. That case will remain administratively closed until plaintiff pays the filing fee or submits a motion to proceed *in forma pauperis* that complies with the PLRA.

DATE: October 24, 2022

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Jesus M. Beltran  No. 1704724
Blair County Prison
419 Market Square Alley
Hollidaysburg, PA 16648